FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00307-CV

### Trial Court No. 10CV31,096

**Enbridge G & P (East Texas) L.P.**

**Vs.**

**Ben Samford and wife Bette Ann Samford, Cecil Jackson and wife Michelle Jackson and Sammy Monk**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Carol Killian |
| Motion fee | $10.00 | Darrin Walker |
| Motion fee | $10.00 | Carol Killian |
| Motion fee | $10.00 | Darrin Walker |
| Motion fee | $10.00 | Darrin Walker |
| Motion fee | $10.00 | Darrin Walker |
| Motion fee | $10.00 | Flowers Davis PLLC |
| Clerk's record | $3,402.00 | Flowers Davis |
| Reporter's record | $2,772.75 | Flowers Davis |
| Supreme Court chapter 51 fee | $50.00 | Flowers Davis P.L.L.C. |
| Required Texas.gov efiling fee | $20.00 | Flowers Davis, PLLC |
| Filing | $100.00 | Flowers Davis P.L.L.C. |
| Indigent | $25.00 | Flowers Davis P.L.L.C. |
| **TOTAL:** | $6,439.75 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 9th day of October 2015, A.D.



PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk